THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 South Carolina Department 
 of Social Services, Respondent,
 
 
 

v.
 
 
 
 
 James Gerald Williams, and 
 Taylor Kristen Cann, DOB: 8/30/01, Defendants,
 of whom James Gerald Williams 
 is Appellant.
 
 
 

Appeal From Bamberg 
 County
  Dale Moore Gable, Family Court 
 Judge

Unpublished Opinion 
 No. 2004-UP-301
 Submitted February 23, 2004 
  Filed May 5, 2004

AFFIRMED

 
 
 
 
 Evert  Comer, Jr., of Denmark, 
 for Appellant,
 Richard B. Ness, Early & 
 Ness, of Bamberg, for Respondent,
 William S. Kemp, of Bamberg, 
 for Guardian Ad Litem.
 
 
 

PER CURIAM: James Gerald Williams 
 appeals from a family court order terminating his parental rights to his minor 
 daughter, Taylor Kristen Cann.  The family court terminated Williamss parental 
 rights (1) pursuant to S.C. Code Ann. § 20-7-1572(1), based on its finding that 
 the repetition and severity of abuse in the home indicated that the home could 
 not reasonably be made safe for the minor child within a twelve month period; 
 (2) pursuant to S.C. Code Ann. § 20-7-1572(4), based on its findings that the 
 minor child had lived outside Williamss home for a period exceeding the six 
 months and that Williams failed to support the minor child; and (3) based on 
 its finding that termination of parental rights was in the minor childs best 
 interests.
Pursuant to Ex parte Cauthen, 
 291 S.C. 465, 354 S.E.2d 381 (1987), Williamss counsel attached to the record 
 of the family court proceedings an affidavit stating his belief that the appeal 
 lacks merit. Williams did not file a pro se response. 
Upon reviewing the record and the 
 family courts determination in its entirety, we find no meritorious issues 
 warranting briefing. Accordingly, the trial courts decision is 
AFFIRMED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.